**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs. Criminal Number 1:26 MJ 000185-2

Bradley Benavides
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA ☒ RETAINED ☐ FEDERAL PUBLIC DEFENDER

*/s/ Kimberly Paschall*
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Kimberly Paschall - 1015665
*(Attorney & Bar ID Number)*
Riley Safer Holmes & Cancila LLP
*(Firm Name)*
1 S Dearborn Street Suite 2200
*(Street Address)*
Chicago IL 60603
*(City) (State) (Zip)*
(312) 471-8775
*(Telephone Number)*