AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>Nicole Floris, (xxxxxxx)<br>Bradley Benavides, (xxxxxxx) | ) | Case No.<br>26-mj-00185 |
| *Defendant(s)* | | |

## SUPERSEDING CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 19, 2023, and September 28, 2023 in the District of Columbia

the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §1001(a)(2) | False Statements to Congress |
| 18 U.S.C. §1505 | Obstruction and Attempted Obstruction of Congressional proceeding |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Superseding Complaint

☒ Continued on the attached sheet.

_______________________
*Complainant's signature*

Bryan Witt, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _______________

_______________________
*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*