**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

BRADLEY BENAVIDES.

Defendant.

Case No.: 1:26 MJ 000185-2

**MOTION FOR ADMISSION *PRO HAC VICE* OF NANCY DEPODESTA**

Bradley Benavides("Defendant"), by and through undersigned counsel, files this motion pursuant to Local Criminal Rule 44.1(c) of the Rules of the United States District Court for the District of Columbia for the *pro hac vice* admission of Nancy DePodesta and in support thereof states as follows:

1. Nancy DePodesta is a partner of the law firm Taft Law. Ms. DePodesta's office is located at 111 E. Wacker, Suite 2600, Chicago, Illinois 60601, and her telephone number is (312) 836-5884. *See* Exhibit A, Declaration of Nancy DePodesta.

2. Ms. DePodesta is a member in good standing of the Bar of Illinois. *See* Exhibit B, Nancy DePodesta Letter of Good Standing. Ms. DePodesta has not been denied admission, nor has she been disciplined by any Bar or Court. *See* Exhibit A; Exhibit B.

3. Defendant seeks the admission of Ms. DePodesta to represent him in this matter and to participate in the trial of this matter as his counsel of choice. *See* Exhibit A.

4. Ms. DePodesta has not been admitted *pro hac vice* to this Court within the last two years. *See* Exhibit A.

5. Defendant respectfully requests that this motion be granted so that Ms. DePodesta may attend and participate in all matters on behalf of Defendant and otherwise engage in pre-trial, trial, and post-trial proceedings in connection with this litigation.

6. This motion is made by Kimberly Paschall, who is a member in good standing of this Bar.

WHEREFORE, Defendant respectfully requests that this Court enter an Order granting his motion and admitting Nancy DePodesta *pro hac vice* for the purpose of representing him in this matter.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Kimberly Paschall*

Kimberly Paschall
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL 60603
(312) 471-8775
kpaschall@rshc-law.com

*Counsel for Defendant*
*Bradley Benavides*

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2026, these papers were filed through the CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

Respectfully submitted,

*/s/ Kimberly Paschall*
Kimberly Paschall